DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GUILIANO DE JESUS,

Appellant,

v.

MACKENZIE HUBBARD,

Appellee.

No. 2D2025-0201

_____

February 11, 2026

Appeal from the Circuit Court for Pinellas County; Elizabeth Jack, Judge.

Dawn Weiger O'Neill of the Law Office of Dawn Weiger O'Neill, St. Petersburg, for Appellant.

Stephen D. Gregg of Ossian, Zdravko & Gregg, LLC, Clearwater, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.